## MOTION AND PROCEDURAL RULINGS

**2003–0048. Wilson v. Brush Wellman, Inc.**
Cuyahoga App. No. 80985, 2002-Ohio-5566. On motion for admission pro hac vice of Daniel Popeo and

Richard Samp by Brian Sheldon of Washington Legal Foundation, and amended motion for admission pro hac vice of John H. Beisner and Jonathan D. Hacker by Brian Selden for Product Liability. Motions granted.